UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA           :

                                                     Docket Number

      v.                                    :

                                                     14-CR-50 (JEI)

DOMINIQUE VENABLE                  :

## ORDER

And now, this _29th_ day of _JANUARY_, 2015, it is hereby ORDERED that the period of time within which defendants Dominique Venable, Kareem Bailey, and Terry Davis may file motions pursuant to Federal criminal Rules 29, 33 and 34 is enlarged until February 16, 2015.

(Dkt Nos. 577, 580, (Dkt. No. 578))

_____
HONORABLE JOSEPH E. IRENAS, S.U.S.D.J